## Case No. 14,086.

### TOMLINSON v. BATTEL.

[Nowhere reported; opinion not now accessible.]